IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Darwin Shagui, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Panang Thai Cuisine, Inc. and Piyasit Suwatthee, individually, Defendants | Case number: 1:15-cv-06995<br>Judge: Sharon Johnson Coleman |

## **NOTICE OF DISMISSAL**

The Plaintiff hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendants having neither served an answer or motion for summary judgment.

Respectfully submitted,

**s/ Valentin T. Narvaez**
Consumer Law Group, LLC
6232 N Pulaski Rd., Suite 200
Chicago, IL 60646